IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

PATTI TOOHEY, )
)
      Plaintiff, )
v. ) Civil Action No. 1:13-cv-01059(AJT/JFA)
)
MANTECH INTERNATIONAL )
CORPORATION, )
)
      Defendant. )
)

## ORDER

This matter is before the Court on defendant's Motion for Summary Judgment [Doc. No. 35] (the "Motion"), on which a hearing was held on March 14, 2014. Upon consideration of the Motion, the memoranda filed in support thereof and in opposition thereto, the oral argument at the hearing on March 14, 2014, and for the reasons stated in open court, it is hereby

ORDERED that the defendant's Motion for Summary Judgment [Doc. No. 35] be, and the same hereby is, DENIED.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
March 14, 2014