IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| PATTI TOOHEY, | ) |
| Plaintiff, | ) Case No. 1:13-cv-1059-AJT/JFA |
| v. | ) |
| MANTECH INTERNATIONAL CORPORATION, | ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS STIPULATED** by and between the parties named in this action through their respective counsel that the above-captioned matter be and is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties shall bear their own respective costs and attorneys' fees.

Entered into this 8th day of April, 2014.

                                                  SEEN AND AGREED:

_____      _____
Lori J. Searcy (VA Bar No. 45007)         Matthew F. Nieman (VA Bar No. 47231)
SEARCY BUSINESS LITIGATION AND    Meredith F. Bergeson (VA Bar No. 83885)
EMPLOYMENT LAW, LLC                  JACKSON LEWIS P.C.
5803 Rolling Road, Suite 201                10701 Parkridge Boulevard, Suite 300
Springfield, VA 22152                        Reston, VA 20191
Phone: 703-644-4122                         Phone: 703-483-8300
Fax: 888-664-1422                            Fax: 703-483-8301
lori@searcy-law.com                          niemanm@jacksonlewis.com
                                         meredith.bergeson@jacksonlewis.com

David J. Shlansky (admitted *pro hac vice*)
SHLANSKY LAW GROUP, LLP           **Counsel for ManTech International**
303 Wyman Street, Suite 300              **Corporation**
Waltham, MA 02451
Phone: 617-497-7200
Fax: 866-257-9530
David.Shlansky@slglawfirm.com

**Counsel for Patti Toohey**

2