IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| PATTI TOOHEY, | ) |
| Plaintiff, | ) Case No. 1:13-cv-1059-AJT/JFA |
| v. | ) |
| MANTECH INTERNATIONAL CORPORATION, | ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS STIPULATED** by and between the parties named in this action through their respective counsel that the above-captioned matter be and is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties shall bear their own respective costs and attorneys' fees.

Entered into this 8th day of April, 2014.

So ordered 4/8/14

/s/
_____
Anthony J. Trenga
United States District Judge